UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Rhonda L. Adams v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-12309-DRH-PMF |
| *Jennifer Alday v. Bayer Corp., et al.* | No. 3:11-cv-12382-DRH-PMF |
| *Amy Baechel v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-12084-DRH-PMF |
| *Jennifer S. Bessinger v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-12762-DRH-PMF |
| *Michelle Coghill v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-12144-DRH-PMF |
| *Chala S. Crawford v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-12780-DRH-PMF |
| *Kimberly Franklin v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-11948-DRH-PMF |
| *Cyndel L. and Raymundo Galindo v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-12237-DRH-PMF |
| *Chelsea D. Masongsong v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:11-cv-12635-DRH-PMF |
| *Rebecca Massey v. Bayer Corp., et al.* | No. 3:11-cv-12416-DRH-PMF |
| *Tamara Morris v. Bayer HealthCare Pharmaceuticals, Inc., et al.* | No. 3:10-cv-13690-DRH-PMF |
| *Holly Newton v. Bayer Corp., et al.* | No. 3:11-cv-12926-DRH-PMF |

*Diana Olliges v. Bayer Corp., et al.*　　No. 3:11-cv-12315-DRH-PMF

*Mariah Smith v. Bayer Corp., et al.*　　No. 3:11-cv-12267-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court on Defendant's Motion to Dismiss with Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting Motion to Dismiss entered on May 23, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

>　　　　　　　　　　　　　NANCY J. ROSENSTENGEL,
>　　　　　　　　　　　　　CLERK OF COURT
>
>　　　　　　　　　　　　　BY:　/s/*Sara Jennings*
>　　　　　　　　　　　　　　　**Deputy Clerk**

Dated: May 24, 2013

Digitally signed by David R. Herndon
Date: 2013.05.24 16:34:58 -05'00'

APPROVED:
　　　CHIEF JUDGE
　　　U. S. DISTRICT COURT

2